IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY T. COBLE, | ) |
| Plaintiff, | ) JURY DEMAND |
| v. | ) NO. 3:08-0314 |
| | ) JUDGE HAYNES |
| CURTIS CARNEY, JR., | ) |
| Defendant. | ) |

*handwritten annotation: Granted. This motion is Granted. William [Haynes?] 8/4/11*

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

Kathleen Neal, Administrator *ad litem* of the Estate of Jerry T. Coble, by and through undersigned counsel of record, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, does hereby move the Court to be substituted for Jerry Coble as the plaintiff herein.

In support of this motion, undersigned counsel states that Jerry Coble, the original plaintiff, died on May 4, 2011. A Notice of Suggestion of Death was filed on June 6, 2011 (Docket Entry No. 66). The claim in this action as to Mr. Coble was not extinguished by his death. On August 1, 2011, Kathleen Neal was appointed by the Chancery Court of Sumner County, Tennessee to serve as Administrator *ad litem* for the purpose of substitution of parties as to this action. Attached and marked **Exhibit A** is a true and correct copy of the Order appointing Ms. Neal as Administrator *ad litem*.

Accordingly, it is requested that this motion be granted and this proceeding hereafter be captioned " **Kathleen Neal, Administrator *ad litem* of the Estate of Jerry T. Coble, Plaintiff v. Curtis Carney, Jr., Defendant.**"